```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS CASAS-LUGO, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 5:12MJ009 <br><br> MOTION AND ORDER TO DISMISS <br> COMPLAINT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, hereby seek leave of court and move to dismiss the complaint in this case without prejudice, as to the above-named defendant, in the interest of justice and that the arrest warrant be recalled.

DATED: July 19, 2012                    Respectfully submitted,
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:  /s/ Laurel J. Montoya
                                             LAUREL J. MONTOYA
                                             Assistant U.S. Attorney

1

## ORDER

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice and that the arrest warrant be recalled.

IT IS SO ORDERED.

Dated: **July 19, 2012**          **/s/ Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE